UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-11008-RGS

ERNEST J. FROBESE

v.

COMMONWEALTH OF MASSACHUSETTS, et al.

MEMORANDUM AND ORDER

April 8, 2015

STEARNS, D.J.

On March 19, 2015, Plaintiff Ernest J. Frobese ("Frobese"), of Billerica, Massachusetts, filed a complaint against the Commonwealth and the United States Justice Department. See Docket. With his complaint, he filed a motion for preliminary injunction and motion to proceed in forma pauperis. Id.

On March 20, 2015, this Court issued a Memorandum and Order granting Frobese leave to proceed in forma pauperis. See Docket No. 6. The Court denied his request for preliminary injunction and directed him to show good cause why this action should not be dismissed for failure to state a claim or in the alternative, file an amended complaint. Id. The Memorandum and Order stated that the complaint offered only vague and conclusory allegations concerning the lawfulness of the suspension of plaintiff's drivers license and failed to allege any facts in support of his claim. The Memorandum and Order explained that the imposition of a $25 fee for commencing a clerk magistrate hearing to contest a traffic citation was not unconstitutional.

To the extent he sought to bring this action against the Justice Department, Frobese was advised that the federal government, federal agencies and the people who work for them in their official capacities are immune from suit for monetary damages absent a waiver of sovereign

immunity and that liability may not be based on a respondeat superior theory. To the extent he sought to bring this action against the Commonwealth, Frobese was advised that the Eleventh Amendment generally bars suits in federal court against unconsenting states.

On April 2, 2015, Frobese filed a letter requesting a jury of his peers. Docket No. 8. On April 6, 2015, Frobese filed his "answer to the Courts memorandum and order [date] March 20, 2015." Docket No. 9.

Frobese's reply does not address the legal impediments previously noted by this Court in the March 20, 2015 Memorandum and Order (Docket No. 6). Plaintiff's response simply restates several of the same arguments that were asserted in his original complaint. After carefully reviewing plaintiff's response, I find that plaintiff has failed to demonstrate any reason why this action should not be dismissed, and no further opportunity to amend or show cause is necessary.

Accordingly, this case will be <u>DISMISSED</u> in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim and for all of the substantive reasons discussed in the Memorandum and Order (Docket No. 6).

## CONCLUSION

Based on the foregoing, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.

        SO ORDERED.

        /s/ Richard G. Stearns
        UNITED STATES DISTRICT JUDGE